United States District Court
Southern District of Texas
**ENTERED**
June 24, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL NO. 1:22-CR-087-1 |
| | § | |
| OMAR GONZALEZ-VILLASANA | § | |

## ORDER

On June 24, 2022, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed March 25, 2022, wherein the defendant Omar Gonzalez-Villasana waived appearance before this Court and appeared before the United States Magistrate Judge Ignacio Torteya, III for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The magistrate judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Omar Gonzalez-Villasana to the Report and Recommendation, the Court enters the following order:

**IT IS ORDERED** that the Report and Recommendation of the United States Magistrate Judge be and is hereby adopted. The Court finds the Defendant Omar Gonzalez-Villasana guilty of the offense of alien who had previously been denied admission, excluded, deported, and removed, was unlawfully present in the United States having been found in Cameron County, Texas, without having obtained consent to reapply for admission into the United States from the Attorney General of the United States and Secretary of Homeland Security, in violation of Title 8, United States Code, Section 1326(a) and (b)(1), as charged in the Indictment.

Signed on June 24, 2022.

_Fernando Rodriguez, Jr._
Fernando Rodriguez, Jr.
United States District Judge